

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00161 DPM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| ERIC AARON MCFADDEN | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 29, 2020, in the Eastern District of Arkansas, the defendant,

ERIC AARON MCFADDEN,

knowingly and intentionally possessed with intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

A.  On or about April 29, 2020, the defendant,

ERIC AARON MCFADDEN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

   1. Possession of a controlled substance with intent to deliver, cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number CR2003-2707; and

   2. Conspiracy to distribute a controlled substance, in the Eastern District of Arkansas, Case Number 4:03CR00176-01-JMM.

B.  On or about April 29, 2020, in the Eastern District of Arkansas, the defendant,

ERIC AARON MCFADDEN,

knowingly possessed, in and affecting commerce a firearm, that is a Taurus .45 caliber pistol, model PT 845, bearing serial number NFT67144.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT THREE

On or about April 29, 2020, in the Eastern District of Arkansas, the defendant,

ERIC AARON MCFADDEN,

knowingly and intentionally possessed a firearm, that is: a Taurus .45 caliber pistol, model PT 845, bearing serial number NFT67144, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One of this Indictment, the defendant, ERIC AARON MCFADDEN, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION TWO

Upon conviction of Count One of this Indictment, the defendant, ERIC AARON MCFADDEN, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense

### FORFEITURE ALLEGATION THREE

Upon conviction of an offense alleged in Count One, Two, or Three of this Indictment, the

defendant, ERIC AARON MCFADDEN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]