IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20CR00161-DPM |
| | ) | |
| ERIC AARON MCFADDEN | ) | |

## JOINT SENTENCING REPORT

Comes now the United States of America, by and through its attorney Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Stacy Williams, Assistant United States Attorney for said district, and Chris Tarver, defense counsel state:

1. Neither party anticipates calling witnesses, and the hearing will most likely be around an hour given the defense's objections to the PSR.

2. The United States intends to offer the third point, and safety valve is not at issue.

Respectfully submitted,

JOHNATHAN D. ROSS
UNITED STATES ATTORNEY

By STACY R. WILLIAMS
   Arkansas Bar No. 2011081
   Assistant United States Attorney
   Post Office Box 1229
   Little Rock, Arkansas 72203
   (501) 340-2600
   Stacy.Williams@usdoj.gov